UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JASHANPREET SINGH,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-00958-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| WARDEN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation (ECF No. 3) of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Petitioner's Motion for Temporary Restraining Order enjoining Respondents from transferring him from LaSalle Correctional Center while his § 2241 Petition is pending is DENIED.

THUS DONE AND SIGNED in Chambers, this 9th day of September, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE