UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JASHANPREET SINGH #A203603965          CASE NO.  1:20-CV-00958 SEC P

VERSUS                                 JUDGE JOSEPH

WARDEN, ET AL.                         MAGISTRATE JUDGE PEREZ-MONTES

## ORDER

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency.  Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**.  This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE November 17, 2020.


TONY R. MOORE
CLERK OF COURT